UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, G35669,<br><br>  Plaintiff,<br><br>  v.<br><br>RAYMON MADDEN, Warden, et al.,<br><br>  Defendant(s). | Case No. 22-cv-04197-CRB  (PR)<br><br>**ORDER OF TRANSFER**<br><br>(ECF No. 9) |

Plaintiff, a state prisoner at Richard J. Donovan Correctional Facility (RJD) in San Diego, California, has filed a <u>pro se</u> complaint under 42 U.S.C. § 1983 alleging that prison officials at RJD are planning to transfer him to Mule Creek State Prison (MCSP) or Kern Valley State Prison (KVSP) despite his having enemies at MCSP.  He seeks a temporary restraining order (TRO) enjoining prison officials at RJD from transferring him to MCSP.

A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in San Diego County, which lies within the venue of the Southern District of California.  <u>See</u> 28 U.S.C. § 84(d).  Venue therefore properly lies in the Southern District.  <u>See id.</u> § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action (including pending motion for TRO (ECF No. 9)) be TRANSFERRED to the United States District Court for the Southern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: August 23, 2022

_____
CHARLES R. BREYER
United States District Judge